IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


SHANNON D. YOUNG             )
                                    )
     v.                        )        NO. 3:12-0009
                                      )
REUBEN HODGE, et al.         )


**O R D E R**

Presently pending before the Court is the motion to dismiss (Docket Entry No. 37) filed by Defendant Desiree Andrews.  The plaintiff shall have until May 25, 2012, to file a response to the defendant's motion to dismiss.  The plaintiff is advised that failure to respond to the motion may result in the dismissal of his claims against this defendant.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party.  The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal.  See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.


_____
JULIET  GRIFFIN
United States Magistrate Judge