IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHANNON D. YOUNG          )
                          )
        v.                )          NO: 3:12-0009
                          )
REUBEN HODGE, et al.      )

**O R D E R**

The plaintiff's motion (Docket Entry No. 69) to ascertain the status of his case is GRANTED.

By contemporaneously entered Order, the Court has ruled on all pending motions filed by the

plaintiff, and by a contemporaneously entered Report and Recommendation, the Court has made

recommendations concerning the Defendants' pending motions to dismiss.

Any party desiring to appeal this Order may do so by filing a motion for review no later than

fourteen (14) days from the date this Order is served upon the party. The motion for review must

be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for

appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge