IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHANNON D. YOUNG )
)
v. ) NO: 3:12-0009
)
REUBEN HODGE, et al. )

**O R D E R**

By Order entered November 13, 2012 (Docket Entry No. 74), the Court directed that the last known addresses of Captain F/N/U Davis and Steve Cernawsky, two named defendants who had not been served in the action, be provided to the Court. By separate Notices filed under seal on November 13 and 14, 2012, respectively, see Docket Entry Nos. 76 and 78, these addresses were provided to the Court.

Accordingly, the Clerk is directed to re-issue process to Steve Cernawsky and to Captain Ed Davis at the addresses listed in the Notices (Docket Entry Nos. 76 and 78) and shall ensure that the service of process documents do not list the addresses provided for Cernawsky and Davis.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge