IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHANNON D. YOUNG                    )
                                    )
        v.                          )        NO: 3:12-0009
                                    )
REUBEN HODGE, et al.                )

**O R D E R**

The Plaintiff's "motion in opposition of defendant Steve Cernawsky's answer to complaint," (Docket Entry No. 93) is DENIED. Rule 7 of the Federal Rules of Civil Procedure does not permit a party to file a reply or response to an answer unless ordered by the Court. No such order has been issued in this action, and there is no need for the Plaintiff to file a reply or response to the Defendant's answer. The Plaintiff will be given the opportunity to submit written arguments and evidence in support of his claims if the Defendant directly challenges the Plaintiff's allegations though a motion to dismiss or for summary judgment.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

The Clerk is directed to send a copy of this Order to the plaintiff by regular, first class mail (only).

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge